UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD IRVIN HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1165** |
| **PAUL CONNICK, JR., ET AL.** | **SECTION "I"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims seeking declaratory or injunctive relief in connection with his 2010 trial are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant immune from such relief.

New Orleans, Louisiana, this   21st   day of June, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE