UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD IRVIN HARRIS | CIVIL ACTION |
| VERSUS | NO. 11-1165 |
| PAUL CONNICK, JR., ET AL. | SECTION "B" |

### ORDER

Considering the foregoing complaint, record, applicable law, Report and Recommendation of the United States Magistrate Judge, and the plaintiff's failure to timely file an objection to the Magistrate Judge's Report and Recommendation, the Court approves and adopts as its opinion the Report and Recommendation of the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the plaintiff's claims seeking declaratory or injunctive relief in connection with his 2010 trial are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

**IT IS FURTHER ORDERED** that all of the plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant immune from such relief.

New Orleans, Louisiana, this 10th day of April, 2012.

UNITED STATES DISTRICT JUDGE